**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-1068**

In Re:  DAVID W. WILLIAMS,

           Petitioner.

On Petition for Writ of Mandamus.
(7:10-cv-00404-jlk-mfu)

Submitted:  March 3, 2011        Decided:  March 21, 2011

Before NIEMEYER, MOTZ, and AGEE, Circuit Judges.

Petition denied by unpublished per curiam opinion.

David W. Williams, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David W. Williams petitions for a writ of mandamus seeking an order compelling his transfer to another correctional facility. We conclude that Williams is not entitled to mandamus relief.

Mandamus relief is a drastic remedy and should be used only in extraordinary circumstances. Kerr v. United States Dist. Court, 426 U.S. 394, 402 (1976); United States v. Moussaoui, 333 F.3d 509, 516-17 (4th Cir. 2003). Further, mandamus relief is available only when the petitioner has a clear right to the relief sought. In re First Fed. Sav. & Loan Ass'n, 860 F.2d 135, 138 (4th Cir. 1988).

The relief sought by Williams is not available by way of mandamus. Accordingly, we deny the petition for writ of mandamus. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED

2